**Dismissed and Memorandum Opinion filed December 6, 2012.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00806-CR

**ADIT YADIR UMANZOR-VILLALOBOS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 176th District Court
Harris County, Texas
Trial Court Cause No. 1318988**

## M E M O R A N D U M    O P I N I O N

A written request to withdraw the notice of appeal, personally signed by appellant, has been filed with this court. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's request.

Accordingly, we order the appeal dismissed. We direct the clerk of the court to issue the mandate of the court immediately.

PER CURIAM

Panel consists of Justices Frost, Christopher, and Jamison.
Do Not Publish — Tex. R. App. P. 47.2(b).